**Lorette SMITH**

v.

**SAMBOS RESTAURANTS and American Home Assurance Co.**

Supreme Judicial Court of Maine.

Argued June 15, 1981.

Decided June 22, 1981.

Samp & Stone, Frederick S. Samp (orally), Auburn, Hardy & Wolf, William Hardy, Lewiston, for plaintiff.

Marshall, Raymond, Beliveau, Dionne & Bonneau, Paul R. Dionne (orally), Lewiston, for defendants.

Before McKUSICK, C.J., and GODFREY, ROBERTS and CARTER, JJ.

MEMORANDUM OF DECISION.

Lorette Smith appeals from a pro forma decree dismissing [1] her petition to annul an approved agreement for mistake of fact. 39 M.R.S.A. § 102. Smith suggests that *Cannon v. Folsom*, Me., 401 A.2d 997 (1979) entitles her to annulment as a matter of law because "the compensation agreement incorrectly states the average weekly wage." Even if there were a mistake of fact, § 102 also requires proof that the employee's signing of the agreement was as a result of the mistake, *Cannon*, 401 A.2d at 1000, n.5. Since the record supports the Commissioner's finding that the agreement was not the result of mistake, we must affirm the decision herein. *Dunton v. Eastern Fine Paper Co.*, Me., 423 A.2d 512, 518 (1980).

The entry is:

Judgment affirmed.

It is ordered that the employer pay to the employee an allowance of $350.00 for his counsel fees plus his reasonable out-of-pocket expenses for this appeal.

All concurring.

---

1. We have previously indicated that disposal of a petition on the merits and adverse to the petitioner should be by "denial" rather than "dismissal" of the petition. *E. g., Ronco v. Diamond Machine Co., Inc.*, Me., 424 A.2d 1093, 1094, n.2 (1981).